## Velva L. Price
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



December 1, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

*RE: 03-15-00734-CV;     D-1-GN-15-001786*

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-5-001786 and Court of Appeals number 03-15-00734-CV, styled, HEARTWISE CLINIC V KATRINA MCDANIEL, was due in your office November 30, 2015.  This office has not received payment of clerk's record as of today, December 1, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.


Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
| --- | --- | --- | --- |
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax:  854-4744 | fax:  854-9549 | fax:  854-4566 | fax:  854-4457 |